IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

I.K., by and through his          :          CIVIL ACTION
parent and educational            :
decision maker, B.K.              :
                                  :
        v.                        :
                                  :
THE SCHOOL DISTRICT OF            :
HAVERFORD TOWNSHIP                :          NO. 12-4066

JUDGMENT


        AND NOW, this 14th day of August, 2013, in accordance

with the accompanying Order granting defendant School District of

Haverford Township's motion for judgment on the administrative

record and motion for summary judgment, JUDGMENT IS ENTERED in

favor of defendant School District of Haverford Township and

against plaintiffs I.K., by and through his parent and educational

decision maker, B.K.



                              BY THE COURT:


                               /s/ Stewart Dalzell, J.
                              Stewart Dalzell, J.