IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

I.K., by and through his        :        CIVIL ACTION
parent and educational          :
decision maker, B.K.            :
                                :
     v.                         :
                                :
THE SCHOOL DISTRICT OF          :
HAVERFORD TOWNSHIP              :        NO. 12-4066

ORDER

        AND NOW, this 14th day of August, 2013, upon

consideration of defendant the School District of Haverford

Township's ("the District") motion to supplement the

administrative record (docket entry # 10), plaintiff I.K., by and

through his parent and educational decision maker, B.K.'s

(collectively, "B.K.") response in opposition thereto, B.K.'s

motion for partial summary judgment (docket entry # 15), the

District's motion for judgment on the administrative record and

motion for summary judgment (docket entry # 16), B.K.'s motion for

judgment on the administrative record (docket entry # 23), the

District's omnibus response in opposition to B.K.'s motions,

B.K.'s response in opposition to the District's motion for

judgment on the administrative record and motion for summary

judgment (docket entry # 26), the parties' reply briefs, the

parties' supplemental briefing on the motion to supplement the

administrative record (docket entries ## 37 & 38), the August 5,

2013 evidentiary hearing, and upon the analysis detailed in the

accompanying Memorandum, it is hereby ORDERED that:

1.    The District's motion to supplement the administrative record (docket entry # 10) is GRANTED and the record will be supplemented with the testimony of Judith A. Gran, Esq. and B.K., who testified in open court on August 5, 2013;

2.    The District's motion for judgment on the administrative record and motion for summary judgment is GRANTED IN PART and DENIED IN PART (docket entry # 16);

3.    The hearing officer's 2011 Decision, ODR #00803/09-10 KE (July 8, 2011), is AFFIRMED and her 2012 Decision, ODR #2158/10-11 KE (April 18, 2012), is VACATED;

4.    B.K.'s motion for partial summary judgment (docket entry # 15) is DENIED AS MOOT;

5.    B.K.'s motion for judgment on the administrative record (docket entry # 23) is DENIED AS MOOT; and

6.    The Clerk shall CLOSE this matter statistically.


                              BY THE COURT:


                               /s/ Stewart Dalzell, J.
                              Stewart Dalzell, J.